# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH PAUL STOKES,<br><br>    Petitioner,<br><br>v.<br><br>GARY SANDOR, Warden,<br><br>    Respondent. | Case No. CV 09-6526-SJO (JEM)<br><br>**JUDGMENT** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and dismissed with prejudice.

April 20, 2010

DATED: _____

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE